### THE PEOPLE ex rel. NORRIS L. MARTIN vs. THE MAYOR AND COMMON COUNCIL OF BROOKLYN.

Excuse and terms for opening default taken at general term in Rochester.

*Motion by defendants to set aside default taken on the first day of the last October (general) term.*—This case is similar to previous motions at 54] this term for the same purpose. The counsel for the corporation supposing the case would not be reached until late in the October term, omitted to attend, and default was taken on the first day of term. The whole calendar having been called through on the first day, and thus the counsel was surprised.

| | |
|---|---|
| N. F. WARING, *Defts Counsel.* | N. F. WARING, *Defts Atty.* |
| J. T. BRADY, *Plffs Counsel.* | H. B. DURYEA, *Plffs Atty.* |

The judge repeated his former remarks to counsel in relation to the term held at Rochester, that the calendar had been called through on the first or second day of the term ever since the court had been held at Rochester.

*Decision.*—Default set aside, on payment of the costs of the default and subsequent proceedings, and seven dollars costs of opposing motion.

---

### JOHN MILLER vs. ISRAEL PALMER.

*Motion by defendant to change the venue.*—This motion was denied on the ground that plaintiff had lost a circuit by defendant's order to stay proceedings. Defendant prepared his papers and gave notice for the motion at the October special term: the papers proved to be defective; the motion was not then made; papers were withdrawn and corrected, and the motion made at the present term.

*Per Curiam.*—Too late. Plaintiff has lost a circuit.

| | |
|---|---|
| L. H. PALMER, *Defts Counsel.* | D. MANN, *Defts Atty.* |
| C. H. BRAMHALL, *Plffs Counsel.* | C. H. BRAMHALL, *Plffs Atty.* |

*Decision.*—Motion denied with costs.